UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 4:13-CR- 9 -CDL |
| v. | : VIOLATIONS: |
| | : 18 U.S.C. § 2261A(2)(B) |
| JAMES HOWARD WHEELER | : 18 U.S.C. § 2261(b)(5) |

THE GRAND JURY CHARGES:

### COUNT ONE

### (INTERSTATE STALKING)

Between on or about July 1, 2012, and January 10, 2013, in the Columbus Division of the Middle District of Georgia and elsewhere within the jurisdiction of the Court, the defendant,

**JAMES HOWARD WHEELER,**

did, while located in another State, to wit: California, with the intent to place a person residing within the Columbus Division of the Middle District of Georgia in reasonable fear of death and serious bodily injury, use an interactive computer device and a facility of interstate or foreign commerce to engage in a course of conduct that caused substantial emotional distress to that person, and which placed that individual in reasonable fear of death and serious bodily injury; that is, the defendant, with the intent to place a person with the initials L.W. in reasonable fear of death and serious bodily injury, made communications by telephone, electronic mail, and "Facebook" directed at L.W., and which did place L.W. in reasonable fear of death and serious bodily injury and cause substantial emotional distress; all in violation of Title 18, United States Code Sections 2261A(2)(B) and 2261(b)(5).

A TRUE BILL.

*s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

CRAWFORD SEALS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14th day of March, AD 2013.

Deputy Clerk