Affidavit

Affiant, Gordon H. Hurley, Jr., is Special Agent of the Federal Bureau of Investigation (FBI) with twenty six (26) years of experience. Affiant investigates violations of United States Code (USC), Title 18, Section 875, Interstate Threatening Communications and Title 18, Section 2261, Interstate Stalking. Affiant being duly sworn, deposes and says:

This investigation was conducted by Affiant and others, including other FBI Special Agents and Law Enforcement Officers. Information presented in this affidavit is a result of Affiant's investigation and the investigation of other authorized personnel.

Leigh Ann Wheeler (Ms. Wheeler) currently resides in the city of Columbus, Muscogee County, Georgia. Leigh Ann Wheeler is married to James Wheeler (Mr. Wheeler), who currently resides in Imperial Beach, California. Ms. Wheeler and Mr. Wheeler are in the process of ending this marriage via a divorce. In August, 2012, Ms. Wheeler contacted the FBI regarding interstate threats that Mr. Wheeler was making both via the telephone and internet. In the case of the internet, Mr. Wheeler had posted threatening messages via the social media website "Facebook".

On August 23, 2012, FBI Special Agent Victor Nguyen and a local Sheriff's Deputy who is an FBI Task Force member, contacted James Wheeler at his residence in Imperial Beach, California. These officers identified themselves and advised Mr. Wheeler of the purpose of the contact. Mr. Wheeler admitted to making the above noted Facebook postings and then apologized for his behavior. Mr. Wheeler attributed his actions to stress due to the ongoing divorce. Mr. Wheeler was specifically admonished by these officers to cease making any threats towards Ms. Wheeler. Mr. Wheeler noted that he would not make any further threats to Ms. Wheeler. During this contact, Mr. Wheeler confirmed that his cellular telephone number is (619) 259-7739.

On November 7, 2012, Ms. Wheeler was interviewed by Affiant and FBI Special Agent Brian Schlossberg, FBI-Columbus, Georgia. Ms. Wheeler advised as follows:

Beginning in October, 2012, Mr. Wheeler has threatened Ms. Wheeler on several occasions. These threats have included bodily injury and Mr. Wheeler "coming to Columbus", which Ms. Wheeler took as threat to her safety. These threats have been relayed via the telephone and "Facebook". Ms. Wheeler provided copies of these postings.

Affiant reviewed a copy of Mr. Wheeler's "Facebook" postings and a portion is noted as follows: "planning my trip to Georgia!" Gonna teach a few people some manners!"; "Francine Richmond!! You're first! I'm going to make it all true!!; "Stay tuned to WRBL in Columbus! Wheeler is going to be famous!" ; "what are the odds that one family has 2 lifetime movies made after their story?"; "people can run but they can't hide! See you soon!"; "I miss my wife". Affiant notes that "WRBL" is a local television station. Francine Richmond is Ms. Wheeler's mother. Per Ms. Wheeler, the reference to a "lifetime movie" is in regards to the fact that a television movie was in fact produced regarding a member of her family who attempted to solicit a contract for the murder of her father.

During December, 2012, Ms. Wheeler contacted Affiant and noted that the threats in this matter have continued. These threats are being received via Ms. Wheeler's cellular telephone, (706) 332-9873. These threats included numerous references to causing physical harm to Ms. Wheeler and Mr. Wheeler traveling from California to Columbus, Georgia to confront and harm her.

On February 8, 2013, Ms. Wheeler received an e-mail at her employment from Mr. Wheeler. Ms. Wheeler provided this e-mail to Affiant for review. Affiant reviewed this e-mail and determined the following:

From: Jim Wheeler padre691@yahoo.com
To: lwheeler@tsys.com lwheeler@tsys.com
Date: 02/08/2013 10:01AM
Subject: I hope you are dead!
Content: None

On February 12, 2012, Affiant, with the written and verbal consent of Ms. Wheeler, conducted a review of Ms. Wheeler's stored/saved voicemails on cellular telephone (706) 332-9873. Affiant determined that a total of thirty eight (38) voicemails from Mr. Wheeler are stored on this device. Affiant's review determined that Mr. Wheeler makes reference to the earlier visit to his residence by FBI personnel and states in part that if officers' return or try to remove him from the residence they should bring a "lot of ammo". Mr. Wheeler also verbalizes his intent to not be removed from his residence unless in a "body bag". Mr. Wheeler leaves several messages stating that he is coming to Columbus and also mentions seeing Ms. Wheeler in front of "Total Systems", (*her current employment*). Mr. Wheeler threatens to "come for you and that pig son" and constantly refers to Ms. Wheeler as "bitch" and "whore" in these messages. In a second reference to law enforcement's earlier visit to Mr. Wheeler's residence, a message is left asking words to the effect "why don't you have those detectives come back here?". In reference to this particular message, it is Affiant's opinion that Mr. Wheeler's tone of a voice is of a taunting nature. Mr. Wheeler also called a total of approximately eleven times and left telephone number "(619) 259-7739" and requested Ms. Wheeler to contact him. On several of these voicemails which cover the period October, 2012 to January, 2013, Mr. Wheeler is screaming and sounds extremely angry.

Affiant obtained a federal grand jury subpoena for T-Mobile and determined that telephone number (619) 259-7739 is subscribed to James H. Wheeler, Date of Birth: January 6, 1967; Social Security Number: 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, Address: 1238 Downing Street, Imperial Beach, California. Affiant noted that is information matches the information provided by Mr. Wheeler when contacted by the FBI in August, 2012.

Affiant obtained a federal grand jury subpoena for Yahoo and determined that e-mail address padre_44@yahoo.com is subscribed to by "Jim Wheeler". Additionally, a review of these Yahoo records determined an "other identities" as padre691@yahoo.com for Jim Wheeler.

Affiant was advised by Ms. Wheeler that the e-mails, telephone threats and Facebook postings have caused her to be in extreme fear for not only her own physical safety, but that of her son and mother. Ms. Wheeler noted that this threat stream began in approximately July, 2012 and has continued until the present, February, 2013. Ms. Wheeler also advised that previously, (December 23, 2011) Mr. Wheeler threatened to kill her, her son and himself. As a result, Mr. Wheeler was taken into custody by California law enforcement and admitted to a psychiatric facility for three days. Ms. Wheeler has observed Mr. Wheeler in possession of a handgun. Ms. Wheeler displayed a mobile phone camera photograph of a silver revolver to Affiant. Ms. Wheeler noted that she took this picture while inside the family residence in California while retrieving items. Affiant reviewed this photograph which is stored on Ms. Wheeler's telephone as "img00320.jpg" with a notation in "properties" that the photo was taken on April 14, 2012, at 9:35AM.

Based upon the above facts and circumstances and Affiant's knowledge and training, Affiant believes that probable cause exists that James Wheeler of Imperial Beach, California, has utilized interstate communication devices, including a mobile telephone and the internet, to threaten to inflict bodily harm upon Leigh Ann Wheeler of Columbus, Georgia. Affiant believes that probable cause exists that James Wheeler of Imperial Beach, California, has utilized interstate commerce, specifically via the use of interstate telephone calls and communications via the internet to stalk, harass and threaten Leigh Ann Wheeler, a resident of Columbus, Georgia. Affiant notes that Mr. Wheeler was contacted on August 23, 2012, admitted to a FBI agent and Task Force Officer to committing this offense and was admonished to immediately cease this type conduct.

_____
Affiant
Special Agent Gordon Hurley
Federal Bureau of Investigation


Sworn to before me and subscribed in my presence, this 20th day of February, 2013 at 2:20 PM (time). EST.

_____
Hon. Stephen Hyles
United States Magistrate Judge